NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

```
                FILED
        CLERK, U.S. DISTRICT COURT

            July 12, 2016.

        CENTRAL DISTRICT OF CALIFORNIA
        BY:      VPC     DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS X. MIRAMONTES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. HEALTHWORKS, INC., a California corporation; and DOES 1-10 inclusive,<br><br>Defendant. | Case No.: **2:15-cv-05689-SJO (AFMx)**<br><br>[*Assigned to the Honorable S. James Otero*]<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING COURT TO VACATE DATES TO SCHEDULE HEARING ON MOTION FOR PRELIMINARY APPROVAL**<br><br>Complaint Filed:   July  27, 2015 |

**ORDER**

Based on the parties' stipulation and notice of settlement and for good cause appearing, the Court orders as follows:

All pending court dates, with the exception of the final pretrial conference hearing and trial dates, which remain firm, are now vacated.

///////

///////

1       Plaintiff is ordered to file a motion for preliminary approval on or before September
2 17, 2016.  The motion for preliminary approval is to be heard on October 24, 2016 at 10:00
3 a.m.
4 IT IS SO ORDERED:

6     July 12, 2016.
7 Dated: _____      *S. James Otero*
                                                    _____
8                                            Hon. S. James Otero
                                           United Stated District Judge