NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS X. MIRAMONTES, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>U.S. HEALTHWORKS, INC., a California corporation; and DOES 1-10 inclusive,<br><br>　　　　　Defendant. | **Case No.: 2:15-05689-SJO-(AFMx)**<br><br>[Related to Case No. 2:16-cv-04813-SJO-AFM]<br><br>[*Assigned to the Honorable S. James Otero*]<br><br>**ORDER GRANTING ONE-WEEK EXTENSION FOR THE FILING OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL [51]**<br><br>[Filed Concurrently with Notice of Settlement and Request for One-Week Extension for Filing of Motion for Preliminary Approval]<br><br>Complaint Filed:　July 27, 2015 |

# **ORDER**

For good cause appearing, the Court orders:

The deadline for Plaintiff Jesus X. Miramontes to file his Motion for Preliminary Approval with respect to Case No. 2:15-cv-05689-SJO-AFM and Case No.: 2:16-cv-04813-SJO (AFMx) is hereby continued from September 17, 2016 to September 24, 2016. **The Scheduling Conference currently set for Monday, September 19, 2016 at 8:30 a.m. in Case No. 2:16-cv-04813-SJO (AFMx) shall remain on calendar.**

Dated: September 16, 2016

_____
Hon. S. James Otero
United States District Judge