# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS X. MIRAMONTES, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. HEALTHWORKS, INC., a California corporation; and DOES 1-10 inclusive,<br><br>Defendant. | Case No.: **2:15-cv-05689-SJO (AFMx)**<br><br>[*Assigned to the Honorable S. James Otero*]<br><br>**ORDER GRANTING JOINT REQUEST TO AMEND STIPULATION AND SETTLEMENT OF CLASS ACTION CLAIMS AND SETTLEMENT NOTICE**<br><br>Complaint Filed:   July 27, 2015 |

For good cause appearing, the Court:

1. Approves the Parties' executed Amendment to the Stipulation and Settlement of Class Action Claims, originally executed by the Parties on September 23, 2016;

2. Approve the Parties revised Notice Of Class Action Settlement;

3. Continues the deadline for the Claims Administrator to mail the Notice Of Class Action Settlement to class members from March 31, 2017 until April 11, 2017; and

4. Orders that all other dates associated with the Final Approval of the Settlement Agreement remain unchanged pursuant to the February 10, 2017 Order granting Plaintiff's Motion for Preliminary Approval.

Dated: April 3, 2017

_____
Hon. S. James Otero
United States District Judge